Pittman *v.* Morrison.

MAY 5, 1804.

# Thomas Pittman *v.* James Morrison.

*Upon a writ of error to reverse a judgment of the Danville District Court for £360 damages, besides costs.*

An action can not be maintained in the name of the assignee on a bond not assignable by law at the time of the assignment.

This suit having been commenced on a bond which was not assignable by law at the time the assignments were made, and having been brought in the name of the assignee instead of the original obligee, agreeable to the decisions in the cases of *Henderson* against *Morrison's Executors*, and *Pigman* against *Ward*, the judgment must be reversed with costs.

Therefore, it is considered by the court, that the judgment aforesaid be reversed, annulled, and set aside, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the circuit court of Lincoln county.